THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED A. TORRE, Appellant, v. WARDEN, HOUSE OF DETENTION FOR MEN, DEPARTMENT OF CORRECTION, Respondent.—

531

Munder, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.